UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
REGINA LEWIS,

                    Plaintiff,                    20 **CIVIL** 7973 (CS)

        -against-                         **JUDGMENT**

CITY OF NEWBURGH, NEWBURGH ARMORY
UNITY CENTER, JOSEPH DONAT – City
Manager, RAMONA MONTEVERDE – City
Council, TORRANCE HARVEY – Mayor,
PATTY SOFOKLES – City Council,
KAREN MEJIA – City Council,
ANTHONY GRICE – City Council,
ROBERT SKLAREZ – City Council,
OMARI SHAKUR – City Council,

                    Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 20, 2021, Defendants' Motion to Dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
           December 21, 2021

                                          **RUBY J. KRAJICK**

                                          **Clerk of Court**
                        **BY:**
                                          **Deputy Clerk**